■ In the Matter of the Claim of CHRISTINE MANSHIP, Appellant. COMMISSIONER OF LABOR, Respondent. [997 NYS2d 96]—Ap-

peal from a decision of the Unemployment Insurance Appeal Board, filed September 27, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because her employment was terminated due to misconduct.

Decision affirmed. No opinion.

Lahtinen, J.P., McCarthy, Rose, Lynch and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.